IRVING PEDROZA, ESQ. (297735)
**D'EGIDIO & PEDROZA, APC**
7801 Mission Center Court, STE 240
San Diego, CA 92108
Telephone: (619) 550-3011
Facsimile: (877) 888-6304
irving@dpinjuryattorneys.com

Attorneys for Plaintiff, IRMA RODRIGUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| IRMA RODRIGUEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and DOES 1 to 50, inclusive<br><br>Defendant. | Case No.: **5:23-cv-02567-JGB-SP**<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. Jesus G. Bernal |

   PLEASE TAKE NOTICE THAT the parties have reached an agreement to resolve this action in its entirety and intend to file dismissal within 45 days.

///

///

---

1

**NOTICE OF SETTLEMENT**

| | | |
|---|---|---|
| 1 | Dated: February 5, 2025 | **D'EGIDIO & PEDROZA, APC** |
| 2 | | |
| 3 | | *Irving Pedroza, Esq.* |
| 4 | | *Attorneys for Irma Rodriguez* |

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 7801 Mission Center Court, Suite 240, San Diego, CA 92108. On February 5, 2025, I served the following document(s):

## NOTICE OF SETTLEMENT

**By ELECTRONIC SERVICE (E-Mail):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is addy@dpinjuryattorneys.com and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the service list. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

David Davidson, Esq.
Alina Gurzenski, Esq.
**O'HAGAN MEYER LLP**
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 942-8500
Facsimile: (949) 942-8510
Email: ddavidson@ohaganmeyer.com, agoncharova@ohaganmeyer.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 5, 2025, in San Diego, California.

_____
Addy Espinoza

D'EGIDIO & PEDROZA, APC